**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**TEAM BIONDI, LLC,**                                                    :

                                                                                          **CIVIL ACTION NO. 3:17-2294**

                                        **Plaintiff**            :

                                                                                               **(JUDGE MANNION)**

                         **v.**                                            :

**NAVISTAR, INC., PHILA. USED**                     :
**TRUCK CENTER, et al.,**

                                                                                  :

                                        **Defendants**

## ORDER

In accordance with the court's Memorandum issued this same day,

**IT IS HEREBY ORDERED THAT**:

(1)     Navistar's motion for summary judgment, **(Doc. 51)**, is **GRANTED** and **JUDGMENT** is entered in favor of Navistar on all of Team Biondi's claims.

(2)     Navistar's motion to exclude testimony of Team Biondi's expert, **(Doc. 48)**, is **DISMISSED as moot**.

(3)     "Philadelphia Used Truck Center" and the two Doe defendants are **DISMISSED** from this case **with prejudice**.

(4)     The Clerk of Court is directed to **CLOSE** this case.

_s/ Malachy E. Mannion_
**MALACHY E. MANNION**
**United States District Judge**

**DATE: March 28, 2023**
17-2294-02-ORDER